AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jan 25, 2024

SEAN F. McAVOY, CLERK

TANAWAH M. DOWNING,

    *Plaintiff*

v.

ALEXANDER CARL ECKSTROM,
in his official capacity, and
DIANA NICOLE RUFF, in her official capacity,

    *Defendant*

)
)
)
)
)
)

Civil Action No.   2:24-cv-00014-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other: Plaintiff's Petition for Order to Impanel a Special Grand Jury, ECF No. 1, is DENIED without leave to amend as any
amendment would be futile.
Pursuant to the Order filed at ECF No. 13, this matter is DISMISSED without prejudice as frivolous.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge    Stanley A. Bastian _____ .

Date:  1/25/2024 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Ruby Mendoza _____
                                      *(By) Deputy Clerk*

Ruby Mendoza _____